# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 1:15-cv-00122

FRONTIER MECHANICAL, INC., a Colorado Corporation,

Plaintiff,

v.

NICK MCGOWAN and
INNOVATIVE MECHANICAL SYSTEMS, INC., a Foreign Corporation,

Defendants.

## MINUTE ORDER[1]

The matter before the court is the **Notice of Settlement** [#26][2] filed January 29, 2015. After reviewing the Notice and the record, it is

**ORDERED** as follows:

1. That the parties shall file dismissal papers by **February 16, 2015**;

2. That the motion hearing set February 3, 2015, at 10:00 a.m., and the scheduling conference set March 5, 2015, at 9:30 a.m., before the Honorable Michael J. Watanabe are **VACATED**;

3. That all pending motions, including those docketed as [#16, #22, #23, #24, and #25], are **DENIED** as moot.

Dated: January 30, 2015.

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#26]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.