**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.: 15-cv-00122-REB-MJW

FRONTIER MECHANICAL, INC., a Colorado corporation,

    Plaintiff,

v.

NICK MCGOWAN and
INNOVATIVE MECHANICAL SYSTEMS, INC., a foreign corporation,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

This matter is before the court on the **Stipulation for Dismissal with Prejudice** [#28][1] filed February 16, 2015. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal with Prejudice** [#28] filed February 16, 2015, is **APPROVED**;

2. That any pending motion is **DENIED** as moot;

3. That this action is **DISMISSED WITH PREJUDICE**; and

---

[1] "[#28]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

   4.  That each party shall pay their own attorney fees and costs.

   Dated February 17, 2015, at Denver, Colorado.

                **BY THE COURT:**

                */s/ Robert E. Blackburn*
                Robert E. Blackburn
                United States District Judge